## Commonwealth *v.* Lloyd, Appellant.

Submitted September 10, 1973. *Eugene H. Clarke, Jr.,* for appellant; *James T. Ranney,* Assistant District Attorney, *Milton M. Stein,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Nicastro, Appellant.

Submitted September 19, 1973. *Louis Lipschitz,* with him *Lipschitz and Danella,* for appellant; *James T. Ranney,* Assistant District Attorney, *Milton M. Stein,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.